IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DIANE TULLY,<br><br>                    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case #4:20-cv-001325-PK<br><br>Magistrate Judge Paul Kohler |

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in Defendant's favor in accordance with Fed. R. Civ. P. 58 and *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

The clerk is directed to close this action.

DATED: 22 February 2022

                                              BY THE COURT:

                                              _____
                                              PAUL KOHLER
                                              United States Magistrate Judge